**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1386

FRANCIS J. LOCRAFT,

Plaintiff - Appellant,

v.

AIR LINE PILOTS ASSOCIATION, INTERNATIONAL; AETNA, INC.; ASSURANT EMPLOYEE BENEFITS; UNION SECURITY INSURANCE COMPANY,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:13-cv-00062-LMB-TCB)

Submitted: July 18, 2013              Decided: July 22, 2013

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Francis J. Locraft, Appellant Pro Se. Bernard Joseph DiMuro, Jonathan Richard Mook, DIMUROGINSBERG, PC, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francis J. Locraft appeals the district court's order dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we grant Locraft's motion to proceed in forma pauperis and affirm for the reasons stated by the district court. Locraft v. Air Line Pilots Ass'n, No. 1:13-cv-00062-LMB-TCB (E.D. Va. Feb. 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED